# United States Court of Appeals
# for the Fifth Circuit

No. 20-10452
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
March 30, 2021

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

DAVID JIMENEZ,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:19-CR-362-2

Before KING, SOUTHWICK, and HO, *Circuit Judges*.

PER CURIAM:*

The attorney appointed to represent David Jimenez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Jimenez has filed a response where he raises a claim of ineffective assistance

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 20-10452

of counsel and requests new counsel. The record is not sufficiently developed to allow us to make a fair evaluation of Jimenez's claim of ineffective assistance of counsel; we therefore decline to consider the claim without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Jimenez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Jimenez's request for the appointment of new counsel is untimely and is therefore DENIED.